IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LEWIS POWELL,                          )
                                       )
   Plaintiff,                          )
                                       )
v.                                     )    NO. 3:23-cv-01320
                                       )
CITY OF LA VERGNE, TENNESSEE,          )    JUDGE CAMPBELL
ET AL.,                                )    MAGISTRATE JUDGE FRENSLEY
                                       )
   Defendants.                         )

## ORDER

Pending before the Court are motions for summary judgment filed by Defendants Burrel Davis (Doc. No. 32) and City of La Vergne, Jason Cole, and Andrew Patton ("City Defendants") (Doc. No. 36). Plaintiff Lewis Powell filed a response in opposition (Doc. No. 47) and Defendants filed replies (Doc. Nos. 52, 54). Powell also filed a motion for partial summary judgment (Doc. No. 43), and Defendants filed responses in opposition (Doc. Nos. 48, 50). For the reasons stated in the accompanying memorandum, Defendants' motions (Doc. Nos. 32, 36) are **GRANTED** and Powell's motion (Doc. No. 43) is **DENIED**.

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE