# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Lewis Powell

                               Plaintiff,

v.                                                         Case No.: 3:23−cv−01320

City of La Vergne, Tennessee, et al.

                               Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/21/2025 re [59].

                                                                                    Lynda M. Hill
                                                             s/ Kim Chastain, Deputy Clerk